**RYAN G. WELDON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front, Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Ryan.Weldon@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

JAN 1 0 2025

Clerk, U.S. District Court
District of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **BISHOP LOTT and RICKY RYNELL ROSE,** <br><br> Defendants. | **CR 25-  01  -H-BMM** <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO COMMIT INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (Count 1)** <br> Title 18 U.S.C. § 371 <br> (Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **INTERSTATE TRANSPORTATION OF STOLEN PROPERTY (Count 2)** <br> Title 18 U.S.C. §§ 2314 and 2 <br> (Penalty: 10 years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT 1

That beginning in or about June 2023, and continuing until in and through March 2024, at Helena, in Lewis and Clark County, in the State and District of Montana, and in Utah, Idaho, Arizona, Oregon, and elsewhere, the defendants, BISHOP LOTT and RICKY RYNELL ROSE, with each other, and with others both known and unknown to the Grand Jury, knowingly and intentionally conspired to commit an offense against the United States, that is, Interstate Transportation of Stolen Property, in violation of 18 U.S.C. § 2314.

## OBJECT OF THE CONSPIRACY

It was the objective of the conspiracy to travel throughout the United States, identify locations where precious metals, including gold coins and other lucrative memorabilia were located, burglarize the facilities, and return to California and Nevada to store and ultimately sell the precious metals and lucrative memorabilia for cash.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the object of the conspiracy, the conspirators, among others, committed the following overt acts:

1. On or about June 28, 2023, Shontoya Fannin rented a car at Enterprise with a planned return date of June 30, 2023.

2.     On or about June 29, 2023, Jamel Walker, RICKY RYNELL ROSE, and Louis Terrell, Jr. used the car Shontoya Fannin rented from Enterprise and burglarized Oz Coin and Bullion in American Fork, Utah.

2.     On or about July 25, 2023, Jamel Walker, Louis Terrell, Jr., and RICKY RYNELL ROSE burglarized Eagle Coin & Precious Metals, in Eagle, Idaho.

3.     Between approximately August 9, 2023, and August 10, 2023, Jamel Walker, RICKY RYNELL ROSE, and others burglarized The Gold Doctor in Kingman, Arizona.

4.     Between approximately August 9, 2023, and August 10, 2023, Jamel Walker, RICKY RYNELL ROSE, and others burglarized Valley Goldmine Chandler Gold Buyer in Chandler, Arizona.

5.     On or about September 18, 2023, Jamel Walker, Louis Terrell, Jr., and RICKY RYNELL ROSE burglarized Ruby's Coin and Jewelry in Gilbert, Arizona.

6.     On or about February 3, 2024, Jamel Walker, BISHOP LOTT, and others burglarized Smith & Bevill Jewelers in Beaverton, Oregon.

7.     On or about March 3, 2024, Jamel Walker, BISHOP LOTT, and RICKY RYNELL ROSE burglarized Wayne Miller Coins in Helena, Montana.

## COUNT 2

That on or about March 2024, at Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendants, BISHOP LOTT and RICKY RYNELL ROSE, with intent to deprive the owner of the property, transported, transmitted, and transferred in interstate and foreign commerce any goods, wares, merchandise, security, and money, with a value more than $5,000, knowing the same to have been stolen, converted, and taken by fraud, that is, the defendants burglarized Wayne Miller and Coins, and transported the stolen coins from Montana to California and Nevada, and elsewhere, and aided and abetted the same, in violation of 18 U.S.C. §§ 2314 and 2.

A TRUE BILL.

Floor Person Signature Redacted Original Document filed under seal

_____
FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney